**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20004-2401
TELEPHONE: (202) 662-6000
FACSIMILE: (202) 662-6291
E-MAIL: glevy@cov.com
GREGG H. LEVY

Attorneys for the National Football League

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC; COYOTES HOLDINGS, LLC; COYOTES HOCKEY, LLC; and ARENA MANAGEMENT GROUP, LLC,<br><br>　　　　　　　　Debtors.<br><br>This filing applies to:<br><br>　X　All Debtors<br>　　　Specified Debtors | No. 2-09-bk-09488-RTB<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br>**STATEMENT OF POSITION OF THE NATIONAL FOOTBALL LEAGUE**<br><br>DATE: May 19, 2009<br>TIME: 1:30 p.m.<br>LOCATION: 230 North First Avenue<br>　　　　　　　Phoenix, Arizona<br>　　　　　　　Courtroom 703, 7th Floor |

The National Football League ("NFL" or "League") hereby files this Statement of Position in support of the Limited Objection of The National Hockey League to Motion of the Debtors for Entry of an Order (A) Authorizing Conduct of an Auction of Coyotes Hockey, LLC's Assets; (B) Establishing Procedures to be Employed in Connection with the Sale Including Approval of Termination Fee; and (C) Approving Form of Order and Manner of Notice of Conditional Cure Notice and Solicitation Notice [Docket No. 92], and respectfully represents as follows:

The ability to determine its members and where its teams play is of fundamental importance to the National Football League. Accordingly, the NFL Constitution and By-Laws prescribe

rules and procedures governing franchise ownership, transfer of ownership interests in NFL clubs, and relocation of teams from one community to another.

The Constitution delegates authority for deciding these issues to the NFL Executive Committee – composed of one representative from each of the thirty-two NFL member clubs. With exceptions not relevant here, the NFL Constitution provides that the Executive Committee must approve any sale of any interest in an NFL club. Similarly, any change in the location of a club's playing site requires approval of the League membership.

These rules and procedures are crucial to the NFL member clubs' ability to produce the collective NFL football product; they are crucial to the success of the League as a whole. The League has consistently enforced these rules and procedures for many years.

For these reasons, the NFL respectfully submits that any franchise sales procedure prescribed by the Court in this case should respect the National Hockey League's rules and procedures regarding ownership transfer and relocation and not set precedent that has the potential to undermine or disrupt the business of professional hockey, football and other major league sports.

DATED this __18th__ day of May, 2009.

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 2004-2401

and

SCHIAN WALKER, P.L.C.


By __/s/ DALE C. SCHIAN, #010445__
    Dale C. Schian

Attorneys for the National Football League