**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445

**OFFICE OF THE COMMISSIONER OF BASEBALL**
245 PARK AVENUE
NEW YORK, NEW YORK 10167
TELEPHONE: (212) 931-7800
FACSIMILE: (212) 949-5653
E-MAIL: tom.ostertag@mlb.com
THOMAS J. OSTERTAG

Attorneys for the Office of the Commissioner of Baseball

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC; COYOTES HOLDINGS, LLC; COYOTES HOCKEY, LLC; and ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors.<br><br>This filing applies to:<br><br>_X_ All Debtors<br>___ Specified Debtors | No. 2-09-bk-09488-RTB<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br>**STATEMENT OF POSITION OF THE OFFICE OF THE COMMISSIONER OF BASEBALL**<br><br>DATE: May 19, 2009<br>TIME: 1:30 p.m.<br>LOCATION: 230 North First Avenue<br>Phoenix, Arizona<br>Courtroom 703, 7th Floor |

The Office of the Commissioner of Baseball ("MLB") hereby files this Statement of Position in support of the Limited Objection of The National Hockey League to Motion of the Debtors for Entry of an Order (A) Authorizing Conduct of an Auction of Coyotes Hockey, LLC's Assets; (B) Establishing Procedures to be Employed in Connection with the Sale Including Approval of Termination Fee; and (C) Approving Form of Order and Manner of Notice of Conditional Cure Notice and Solicitation Notice [Docket No. 92], and respectfully represents as follows:

The Major League Constitution provides for procedures governing franchise ownership transfer and relocation, and requires certain votes of the MLB member clubs. These procedures are critical to the MLB member clubs' ability to produce the collective MLB baseball product and to the success of the League as a whole. Thus, MLB respectfully submits that the sales procedures regarding the Phoenix Coyotes franchise to be ordered by the Court in this case should respect the National Hockey League rules and procedures regarding ownership transfer and relocation, and not set precedent that could severely disrupt the business of professional hockey, baseball and other major league sports.

DATED this 18th day of May, 2009.

OFFICE OF THE COMMISSIONER
OF BASEBALL
245 Park Avenue
New York, New York 10167

and

SCHIAN WALKER, P.L.C.


By /s/ DALE C. SCHIAN, #010445
       Dale C. Schian

Attorneys for the Office of the Commissioner
of Baseball