**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445

**NATIONAL BASKETBALL ASSOCIATION**
645 FIFTH AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 407-8000
FACSIMILE: (212) 888-7931
E-MAIL: rbuchanan@nba.com
RICHARD W. BUCHANAN

Attorneys for the National Basketball Association

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC; COYOTES HOLDINGS, LLC; COYOTES HOCKEY, LLC; and ARENA MANAGEMENT GROUP, LLC,<br><br>                Debtors.<br><br>This filing applies to:<br><br>  _X_  All Debtors<br>        Specified Debtors | No. 2-09-bk-09488-RTB<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br>**STATEMENT OF POSITION OF THE NATIONAL BASKETBALL ASSOCIATION**<br><br>DATE: May 19, 2009<br>TIME: 1:30 p.m.<br>LOCATION: 230 North First Avenue<br>                  Phoenix, Arizona<br>                  Courtroom 703, 7th Floor |

The National Basketball Association ("NBA" or "League") hereby files this Statement of Position in support of the Limited Objection of The National Hockey League to Motion of the Debtors for Entry of an Order (A) Authorizing Conduct of an Auction of Coyotes Hockey, LLC's Assets; (B) Establishing Procedures to be Employed in Connection with the Sale Including Approval of Termination Fee; and (C) Approving Form of Order and Manner of Notice of Conditional Cure Notice and Solicitation Notice [Docket No. 92], and respectfully represents as follows:

It is of fundamental importance for any sports league to determine the identity of its members and to select the locations in which its member teams will play. Accordingly, the NBA

Constitution provides for rules and procedures governing franchise ownership transfer and relocation, and grants authority over these processes to the NBA Board of Governors – composed of one representative from each of the thirty NBA teams.

These rules and procedures are critical to the NBA teams' ability to produce the collective NBA basketball product and to the success of the League as a whole. Thus, the NBA respectfully submits that the Court's determinations in this case should respect the National Hockey League's rules and procedures regarding ownership transfer and relocation, and not set precedent that could severely disrupt the business of professional hockey, basketball and other major league sports.

DATED this  18th  day of May, 2009.

NATIONAL BASKETBALL ASSOCIATION
645 Fifth Avenue
New York, New York 10022

and

SCHIAN WALKER, P.L.C.

By  /s/    DALE C. SCHIAN, #010445
        Dale C. Schian

Attorneys for the National Basketball Association