**SCHIAN WALKER, P.L.C**.
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
CODY J. JESS. #025066
Attorneys for the Movants

**OFFICE OF THE COMMISSIONER OF BASEBALL**
245 PARK AVENUE
NEW YORK, NEW YORK 10167
TELEPHONE: (212) 931-7800
FACSIMILE: (212) 949-5653
E-MAIL: tom.ostertag@mlb.com
THOMAS J. OSTERTAG
Attorneys for the Office of the
   Commissioner of Baseball

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20004-2401
TELEPHONE: (202) 662-6000
FACSIMILE: (202) 662-6291
E-MAIL: glevy@cov.com
GREGG H. LEVY
Attorneys for the National Football League

**THE NATIONAL BASKETBALL ASSOCIATION**
645 FIFTH AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 407-8000
FACSIMILE: (212) 888-7931
E-MAIL: rbuchanan@nba.com
RICHARD W. BUCHANAN
Attorneys for the National Basketball Association

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>                   Debtors.<hr>This filing applies to:<br><br>  <u> X </u>  All Debtors<br>        Specified Debtors | No. 2-09-bk-09488-RTB<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING MOTION TO AUTHORIZE AMICUS CURIAE STATEMENTS** |

The Court having considered the *Motion to Authorize Amicus Curiae Statements* [DE 153] filed in these proceedings by the National Football League, the Office of the Commissioner of Baseball, and the National Basketball Association (collectively, the "**Movants**"), whereby the Movants leave to file Statements of Position (the "**Statements**") in support of the *Limited Objection of The National Hockey League to Motion of the Debtors for Entry of an Order (A) Authorizing Conduct of an*

1 *Auction of Coyotes Hockey, LLC's Assets; (B) Establishing Procedures to be Employed in Connection*

2 *with the Sale Including Approval of Termination Fee; and (C) Approving Form of Order and Manner of*

3 *Notice of Conditional Cure Notice and Solicitation Notice* (the "**Objection**") [DE 92],

4       IT IS HEREBY ORDERED that the Movants shall be permitted to file the Statements

5 and shall be permitted to appear at the hearing on the Objection on May 19, 2009.

6       DATED AND SIGNED ABOVE.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26