**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
CODY J. JESS. #025066
Attorneys for the Movants

**COVINGTON & BURLING LLP**
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20004-2401
TELEPHONE: (202) 662-6000
FACSIMILE: (202) 662-6291
E-MAIL: glevy@cov.com
GREGG H. LEVY
Attorneys for the National Football League

**OFFICE OF THE COMMISSIONER OF BASEBALL**
245 PARK AVENUE
NEW YORK, NEW YORK 10167
TELEPHONE: (212) 931-7800
FACSIMILE: (212) 949-5653
E-MAIL: tom.ostertag@mlb.com
THOMAS J. OSTERTAG
Attorneys for the Office of the
  Commissioner of Baseball

**THE NATIONAL BASKETBALL ASSOCIATION**
645 FIFTH AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 407-8000
FACSIMILE: (212) 888-7931
E-MAIL: rbuchanan@nba.com
RICHARD W. BUCHANAN
Attorneys for the National Basketball Association

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC,<br>COYOTES HOLDINGS, LLC,<br>COYOTES HOCKEY, LLC, and<br>ARENA MANAGEMENT GROUP, LLC,<br><br>　　　　　　　　　　Debtors.<br><br>This filing applies to:<br><br>　 X 　All Debtors<br>　　　 Specified Debtors | No. 2-09-bk-09488-RTB<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br>**MOTION TO FILE AMICUS CURIAE BRIEF** |

Pursuant to 11 U.S.C. § 105(a), 1109(b), and Bankruptcy Rules 9014(c) and 7024, the National Football League, the Office of the Commissioner of Baseball, and the National Basketball Association (collectively, the "**Movants**") seek leave to file an amicus brief (the "**Brief**") to be heard on matters that have the potential to affect the business of all major league sports.

On May 18, 2009, the Movants filed Statements of Position (the "**Statements**") in support of the *Limited Objection of The National Hockey League to Motion of the Debtors for Entry of*

*an Order (A) Authorizing Conduct of an Auction of Coyotes Hockey, LLC's Assets; (B) Establishing Procedures to be Employed in Connection with the Sale Including Approval of Termination Fee; and (C) Approving Form of Order and Manner of Notice of Conditional Cure Notice and Solicitation Notice* (the "**Objection**") [DE 92]. The Court permitted the Movants to appear and be heard at the hearing on the Objection on May 19, 2009.

On May 19, 2009, the Movants filed a *Motion to Authorize Amicus Curiae Statements* (the "**Motion to Authorize**") [DE 153]. As the Movants noted in the Motion to Authorize, the matters presented in these proceedings are of national interest, and the Court's ruling in this matter has a potential impact that could severely disrupt the business of major league sports, including football, baseball and basketball.

Because the Court's ruling in this matter may dramatically affect the Movants, and because the Movants are uniquely situated to provide the Court with perspective on matters such as league governance and operations and other issues that typically arise in this context, the Movants should be permitted to file the Brief. *See, e.g., In re Heath*, 331 B.R. 424, 430 (B.A.P. 9th Cir. 2005) ("[a]n amicus brief should normally be allowed when a party is not represented competently or is not represented at all, when the amicus has an interest in some other case that may be affected by the decision in the present case (though not enough affected to entitle the amicus to intervene and become a party in the present case), or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide") (citing and quoting *Ryan v. Commodity Futures Trading Comm'n,* 125 F.3d 1062, 1063 (7th Cir. 1997)); *Voices for Choices v. Illinois Bell Telephone Co*., 333 F. 3d 542, 545 (noting that "the criterion for deciding whether to permit the filing of an amicus brief should be the same: whether the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs").

The Movants recognize that extensive briefing has occurred in this matter and do not wish to either repeat the arguments of other parties or burden the Court or parties with lengthy additional briefs. Therefore, the Movants seek limited relief to file a single brief that will not exceed ten pages in

length. The Movants have contacted counsel for both the debtors and the National Hockey League, and neither opposes the relief requested herein.

Based upon the foregoing, the Movants respectfully request that they be permitted to file the Brief as *amici curiae*. A proposed order authorizing the filing of the Brief is respectfully lodged herewith.

DATED this  3rd  day of June, 2009.

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004-2401

and

OFFICE OF THE COMMISSIONER
OF BASEBALL
245 Park Avenue
New York, New York 10167

and

THE NATIONAL BASKETBALL
ASSOCIATION
645 Fifth Avenue
New York, New York 10022

and

SCHIAN WALKER, P.L.C.


By  /s/    DALE C. SCHIAN, #010445
         Dale C. Schian
         Cody J. Jess

Attorneys for the Movants

COPY of the foregoing e-mailed
or mailed this  3rd  day
of June, 2009, to:

The Parties Identified on the
Attached Service List

   /s/    DEBBI STEPHENS

# SERVICE LIST

| | |
|---|---|
| C. Taylor Ashworth, Esq.<br>Alan A. Meda, Esq.<br>STINSON MORRISON HECKER LLP<br>1850 North Central Avenue, Suite 2100<br>Phoenix, AZ 85004<br>tashworth@stinson.com<br>ameda@stinson.com<br>Attorneys for the National Hockey League | J. Gregory Milmoe, Esq.<br>Shepard Goldfein, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10036<br>gregory.milmoe@skadden.com<br>shepard.goldfein@skadden.com<br>Attorneys for the National Hockey League |
| Anthony W. Clark, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>Wilmington, DE 19899<br>Anthony.clark@skadden.com<br>Attorneys for the National Hockey League | Thomas J. Salerno, Esq.<br>Jordan A. Kroop, Esq.<br>Kelly Singer, Esq.<br>SQUIRE SANDERS & DEMPSEY LLP<br>40 N. Central Ave., #2700<br>Phoenix, AZ 85004-4498<br>tsalerno@ssd.com<br>jkroop@ssd.com<br>ksinger@ssd.com<br>Attorneys for Debtors |
| Susan M. Freeman, Esq.<br>Stefan M. Palys, Esq.<br>LEWIS & ROCA LLP<br>40 N. Central Avenue<br>Phoenix, AZ 85004-4429<br>sfreeman@lrlaw.com<br>spalys@lrlaw.com<br>Attorneys for PSE Sports & Entertainment and for S&E Interim Facility Corporation | Steven M. Abromowitz, Esq.<br>VINSON & ELKINS LLP<br>666 Fifth Avenue 26th Floor<br>New York, NY 10103-0040<br>sabramowitz@velaw.com<br>Attorneys for SOF Investments LP, White Tip Investments, LLC, and Donatello Investments, LLC |
| Donald L. Gaffney, Esq.<br>SNELL & WILMER LLP<br>One Arizona Center<br>Phoenix, AZ 85004-2202<br>dgaffney@swlaw.com<br>Attorneys for SOF Investments LP, White Tip Investments, LLC, and Donatello Investments, LLC | Richard H. Herold, Esq.<br>HINSHAW & CULBERTSON LLP<br>3200 N. Central Avenue, #800<br>Phoenix, AZ 85012<br>rherold@hinshawlaw.com<br>Attorneys for Aramark |
| Lori Lapin Jones, Esq.<br>LORI LAPIN JONES PLLC<br>98 Cutter Mill Rd., #201 N<br>Great Neck, NY 11021<br>Attorneys for BWD Group | Albert Turi<br>BWD Group LLC<br>BWD Plaza<br>P.O. Box 9050<br>Jericho, NY 11753-8950 |
| Cathy L. Reece, Esq.<br>Nicolas B. Hoskins, Esq.<br>Fennemore Craig, PC<br>3003 N. Central Ave., #2600<br>Phoenix, AZ 85012-2913<br>creece@fclaw.com<br>nhoskins@fclaw.com<br>Attorney for the City of Glendale, Arizona | William R. Baldiga, Esq.<br>Andrew M. Sroka, Esq.<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>wbaldiga@brownrudnick.com<br>asroka@brownrudnick.com<br>Attorneys for the City of Glendale, Arizona |

122689v6

| | | |
|---|---|---|
| 1 | Scott B. Cohen, Esq.<br>ENGELMAN BERGER PC | Mark A. Nadeau, Esq.<br>Shane D. Gosdis, Esq. |
| 2 | 3636 N. Central Ave., #700<br>Phoenix, AZ 85012 | DLA PIPER LLP<br>2525 E. Camelback Rd., #1000 |
| 3 | sbc@engelmanberger.com<br>Attorneys for John Breslow | Phoenix, AZ 85016-4245<br>Mark.nadeau@dlapiper.com |
| 4 | | Shane.gosdis@dlapiper.com<br>Attorneys for Lease Group Resources, Inc. |
| 5 | Gregg H. Levy, Esq. | Tomas J. Ostertag, Esq. |
| 6 | COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW | OFFICE OF THE COMMISSIONER OF BASEBALL<br>245 Park Avenue |
| 7 | Washington DC 20004-2401<br>glevy@cov.com | New York, NY 10167<br>tom.ostertag@mlb.com |
| 8 | Attorneys for the National Football League | Attorneys for the Office of the Commissioner of Baseball |
| 9 | Richard W. Buchanan, Esq. | Ivan L. Kallick, Esq. |
| 10 | National Basketball Association<br>645 5th Avenue | Illeana M. Hernandez, Esq.<br>MANATT PHELPS & PHILLIPS |
| 11 | New York, NY 10022<br>rbuchanan@nba.com | 11355 West Olympic Blvd.<br>Los Angeles, CA 90064 |
| 12 | Attorneys for the National Basketball Association | ikallick@manatt.com<br>ihernandez@manatt.com<br>Attorneys for Ticketmaster |
| 13 | Carolyn J. Johnsen, Esq. | |
| 14 | Peter W. Sorensen, Esq.<br>Jennings Strouss & Salmon, PLC | |
| 15 | 201 E. Washington, 11th Floor<br>Phoenix, AZ 85004-2385 | |
| 16 | cjjohnsen@jsslaw.com<br>psorensen@jsslaw.com | |
| | Attorneys for Jerry Moyes | |