| | |
|---|---|
| **SCHIAN WALKER, P.L.C.** | **COVINGTON & BURLING LLP** |
| 3550 NORTH CENTRAL AVENUE, #1700 | 1201 PENNSYLVANIA AVENUE, NW |
| PHOENIX, ARIZONA 85012-2115 | WASHINGTON, D.C. 20004-2401 |
| TELEPHONE: (602) 277-1501 | TELEPHONE: (202) 662-6000 |
| FACSIMILE: (602) 297-9633 | FACSIMILE: (202) 662-6291 |
| E-MAIL: ecfdocket@swazlaw.com | E-MAIL: glevy@cov.com |
| DALE C. SCHIAN, #010445 | GREGG H. LEVY |
| CODY J. JESS. #025066 | Attorneys for the National Football League |
| Attorneys for the Movants | |
| **OFFICE OF THE COMMISSIONER OF BASEBALL** | **THE NATIONAL BASKETBALL ASSOCIATION** |
| 245 PARK AVENUE | 645 FIFTH AVENUE |
| NEW YORK, NEW YORK 10167 | NEW YORK, NEW YORK 10022 |
| TELEPHONE: (212) 931-7800 | TELEPHONE: (212) 407-8000 |
| FACSIMILE: (212) 949-5653 | FACSIMILE: (212) 888-7931 |
| E-MAIL: tom.ostertag@mlb.com | E-MAIL: rbuchanan@nba.com |
| THOMAS J. OSTERTAG | RICHARD W. BUCHANAN |
| Attorneys for the Office of the Commissioner of Baseball | Attorneys for the National Basketball Association |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | No. 2-09-bk-09488-RTB |
| DEWEY RANCH HOCKEY, LLC, | CHAPTER 11 |
| COYOTES HOLDINGS, LLC, | (Jointly Administered) |
| COYOTES HOCKEY, LLC, and | |
| ARENA MANAGEMENT GROUP, LLC, | **ORDER GRANTING MOTION TO FILE AMICUS CURIAE BRIEF** |
| Debtors. | |
| This filing applies to: | |
|     X    All Debtors | |
|           Specified Debtors | |

       The Court having considered the *Motion to File Amicus Curiae Brief* [DE 246] filed in these proceedings by the National Football League, the Office of the Commissioner of Baseball, and the National Basketball Association (collectively, the "**Movants**"), whereby the Movants seek leave to file an amicus brief of ten pages or less (the "**Brief**") regarding the *Motion of the Debtors for Entry of an Order (A) Authorizing Conduct of an Auction of Coyotes Hockey, LLC's Assets; (B) Establishing*

1 | *Procedures to be Employed in Connection With the Sale Including Approval of Termination Fee; and*
2 | *(C) Approving Form and Manner of Notice of Conditional Cure Notice and Solicitation Notice* [DE 19],
3 | which motion is set for hearing at 9:00 a.m. on June 9, 2009,
4 | IT IS HEREBY ORDERED that the Movants shall be permitted to file the Brief.
5 | DATED AND SIGNED ABOVE.