Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 022024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Squire, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 2:09-bk-09488 |
| | (Jointly Administered) |
| DEWEY RANCH HOCKEY, LLC, | |
| | Chapter 11 |
| COYOTES HOLDINGS, LLC, | |
| | **MOTION ON BEHALF OF NON-QUALIFIED BIDDER TO SATISFY OBLIGATIONS UNDER THE BID PROCEDURES ORDER FOR AN ORDER UNDER SECTIONS 105(a) AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006 (A) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND (B) GRANTING CERTAIN RELATED RELIEF** |
| COYOTES HOCKEY, LLC, and | |
| ARENA MANAGEMENT GROUP, LLC, | |
| Debtors. | |
| | **Hearing Date: TBD** |
| | **Hearing Time: TBD (PDT)** |

This Filing Applies to:
■     All Debtors
❑     Specified Debtors

DEWEY RANCH HOCKEY, LLC, COYOTES HOLDINGS, LLC, COYOTES HOCKEY, LLC, and ARENA MANAGEMENT GROUP, LLC (collectively, the "**Debtors**"), debtors-in-possession in the above-captioned Chapter 11 cases (these "**Cases**"), file this Motion on behalf of Glendale Hockey, LLC and Glendale Arena, LLC (collectively, the "**Reinsdorf**

PHOENIX/495744.3
1
Case 2:09-bk-09488-RTB    Doc 508    Filed 07/30/09    Entered 07/30/09 15:06:41    Desc
Main Document      Page 1 of 32

**Related Entities**"), to satisfy the Debtors' obligation under paragraph 22 of the "Order Approving Bid Procedures for Auction/Sale of Phoenix Coyotes National Hockey League Tame and Related Assets and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases" dated July 6, 2009 (the "**Bid Procedures Order**") [Docket No. 408].  Under the terms of the Bid Procedures Order, ***objections to this Motion and/or the Estimated Cure Payments (as defined below) set forth in Exhibit "A,"  must be received on or before July 31, 2009***.

Contemporaneous with the filing of this Motion, the Debtors filed the "Notice of: (1) Auction of Assets Related to Operation of the Phoenix Coyotes Hockey Club to be held on August 5, 2009; and (2) Receipt of No Qualified Bids" (the "**Auction & No Bid Notice**") in connection with the Debtors' obligations under paragraph 21 of the Bid Procedures Order.  As set forth in the Auction & No Bid Notice, the Debtors believe there are no Qualified Bidders based on the criteria set forth in the Bid Procedures Order.

On July 24, 2009, the Reinsdorf Related Entities submitted materials including an Asset Purchase Agreement, buyer schedules, and ancillary closing documents (collectively, the "**Reinsdorf Bid Materials**") pursuant to the Bid Procedures Order.  As will be set forth in greater detail in the Debtors' objection to the Reinsdorf Bid Materials to be filed with the Court on July 31, 2009, the Debtors do not believe the Reinsdorf Bid Materials satisfy the terms and conditions to be a Qualified Bid under the Bid Procedures Order.  The Debtors also submit that such materials cannot be approved as a matter of law.  Accordingly, while the Debtors are obligated to file this Motion under the Bid Procedures Order, the Debtors' do not support the Reinsdorf Bid Materials, and will not be prosecuting this Motion; rather the Motion is being filed solely to comply with the Debtors' obligations under the Bid Procedures Order.

Notwithstanding the Debtor's to-be-filed objection to the Reinsdorf Bid Materials, the submission of this Motion by the Debtors is strictly in accordance with the Debtors' obligations under the Bid Procedures Order only. ***This Motion does not represent, and should not be construed as, the Debtors' implicit support for this Motion or the Reinsdorf Bid Materials***. Nevertheless, in satisfaction of the Debtors' obligations under paragraph #22 of the Bid Procedures Order, this Motion seeks an order under sections 105(a) and 365(a), (b), and (f) of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving the assumption and assignment of certain executory contracts (the "**Contracts**") in connection with the proposed sale (the "**Proposed Sale**") of substantially all of the assets of Coyotes Hockey, LLC and Arena Management Group, LLC. A listing of the Contracts that the Reinsdorf Related Entities seek to assume and assign, together with estimated cure amounts, is attached to this Motion as Exhibit "A."

This Motion is filed on an emergency basis in connection with the timeline set forth in the Bid Procedures Order. The assumption and assignment of the Contracts is an integral part of the Reinsdorf Bid Materials. For this reason, and those set forth below, it is imperative that the Court hear this Motion on an expedited basis at the August 5, 2009 hearing.

The relief requested in this Motion is supported by the entire record before the Court, the "Declaration Of Michael Nealy In Support Of Chapter 11 Petitions And First Day Motions" dated May 18, 2009 [Docket No. 150] (the "**Nealy Declaration**") and by the following memorandum of points and authorities.

## BACKGROUND

**Jurisdiction and Venue**

1.      On May 5, 2009 (the "**Petition Date**"), the Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona (the "**Court**").

2.      The Debtors continue to operate their businesses and manage their properties as debtors-in-possession in accordance with Bankruptcy Code §§ 1107 and 1108.

3.      The Court has jurisdiction over the Cases under 28 U.S.C. §§ 157 and 1334. These matters constitute core proceedings under 28 U.S.C. § 157(b)(2).

4.      Dewey is an Arizona limited liability company with its principal place of business located in Yavapai County, Arizona.  The remaining Debtors are affiliates of Dewey. Accordingly, venue of the Cases is proper in the District of Arizona under 28 U.S.C. §§ 1408 and 1409.

5.      The statutory predicates for the relief requested in this Motion are Bankruptcy Code §§ 105 and 365 and Bankruptcy Rule 6006.

6.      No trustee or examiner has been appointed in these Cases.  An official committee of unsecured creditors was appointed on May 21, 2009.  *See* Docket No. 176.

**Facts Concerning The Debtors**

7.      The Debtors incorporate by reference the statements set forth in the "Omnibus Statement of Facts in Support of Chapter 11 Petitions And First Day Motions" [Docket No. 7] (the "**Omnibus Statement**") and the Nealy Declaration.

8.      On July 6, 2009, the Court entered the Bid Procedures Order, which set forth the requirements and bidding procedures related to the auction of the Phoenix Coyotes National Hockey League team and related assets.

9.      The Contracts are among the assets that the Reinsdorf Related Entities seek to acquire under the Reinsdorf Bid Materials.  The Contracts include hundreds of agreements involving Coyotes Hockey, LLC and Arena Management Group, LLC — including employment contracts, contracts with the National Hockey League, parking agreements, sponsorship agreements, letter agreements, suite license agreements among others.  The Contracts are specifically identified on Schedules 1.1(a) and 1.1(b) of the Asset Purchase Agreement submitted by the Reinsdorf Related Entities (the "**APA**") in addition to being listed with their estimated cure amounts on the attached Exhibit "A."

10.     The Reinsdorf Related Entities request that assumption and assignment be effective as of the closing date of the APA.

## RELIEF REQUESTED

11.     By this Motion, the Reinsdorf Related Entities request entry of an order under Bankruptcy Code §§ 105(a) and 365(a), (b) and (f) and Bankruptcy Rule 6006, approving the assumption and assignment of the Contracts to the Reinsdorf Related Entities.  A waiver of the 10-day stay imposed under Bankruptcy Rule 6006(d) in light of the importance of closing the Proposed Sale as quickly as possible is requested, should the Court approve the APA (which the Debtors' assert should not be approved).

## BASIS FOR RELIEF REQUESTED

12.     Section 365 of the Bankruptcy governs a debtor's ability to assume and assign executory contracts and unexpired leases.  It provides, in relevant part, as follows:

Except as provided in sections 765 and 766 of this title and in subsections (b), (c), and (d) of this section, the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor.

\* \* \*

If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contact or lease unless, at the time of the assumption of such contract or lease, the trustee – (A) cures, or provides adequate assurance that the trustee will promptly cure, such default . . . ; (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and (C) provides adequate assurance of future performance under such contract or lease.

\* \* \*

…notwithstanding a provision in an executory contract or unexpired lease of the debtor, or in applicable law, that prohibits, restricts, or conditions the assignment of such contract or lease, the trustee may assign such contract or lease under paragraph (2) of this subsection.

The trustee may assign an executory contract or unexpired lease of the debtor only if – (A) the trustee assumes such contract or lease in accordance with the provisions of this section; and (B) adequate assurance of future performance by the assignee of such contract or lease is provided, whether or not there has been a default in such contract or lease.

11 U.S.C. §§ 365(a), (b)(1), (f)(1), and (f)(2).

13.     Here, the Reinsdorf Related Entities have determined, using their best business judgment, that assumption and assignment of the Contracts is in their best interests and will allegedly benefit the Debtors' estates and creditors.  The Reinsdorf Related Entities are necessarily interested in assuming all contracts they determine are necessary to the success of the business the propose to purchase.  As such, the Reinsdorf Related Entities have specifically identified the Contracts as contracts they wish to take assignment of.  Thus, the assumption and

assignment of each and every one of the Contracts is essential to the consummation of the Proposed Sale should the Court approve it (which the Debtors' believe it should not).

**<u>Cure Payments and Adequate Assurance of Future Performance</u>**

14.     A debtor can only assume executory contracts and unexpired leases, however, if at the time of assumption it cures, or provides adequate assurance that it will promptly cure, any monetary defaults under the contracts to be assumed.  11 U.S.C. § 365(b)(1)(A).  Furthermore, a debtor must also compensate, or provide adequate assurance that it will promptly compensate, the non-debtor party for actual pecuniary loss resulting from such defaults.  11 U.S.C. § 365 (B).

15.     As such, attached to this Motion is a listing of the amounts the Debtors estimate are required as "cure payments" for each and every Contract (the "**Estimated Cure Payments**"). These amounts reflect the Debtors' understanding of the amounts presently due and owing under the Contracts based on their books and records and/or any proofs of claim filed in these Chapter 11 Cases.

16.     To the extent any non-debtor party to the Contracts disputes the Estimated Cure Payment for its Contract, the Debtors respectfully request that such party be required to file a written objection to the Estimated Cure Amount setting forth in detail the basis for its objection and including copies of any and all documents supporting its position.  The Debtors request that such objection must be filed and served on (a) the undersigned counsel for the Debtors and (b) counsel for the Reinsdorf Related Entities, Katten Muchin Rosenman, LLP, c/o Adam R. Klein, Esq., 525 W. Monroe Street, Chicago, IL 60661-3693, so as to actually be ***<u>received on or before July 31, 2009 (as provided in the Bid Procedures Order)</u>***.

17.     Under Bankruptcy Code § 365(b)(1)(C), a debtor must also provide adequate assurance of future performance of the executory contract or unexpired lease in order to assume

such contract or leases.  Similarly, Bankruptcy Code § 365(f)(2) requires adequate assurance of future performance by the assignee of the executory contract or unexpired lease for a debtor to assume and assign such contract or lease.  "Adequate assurance" is not defined in the Bankruptcy Code.  At the same time, the phrase is not comprised of "words of art; the legislative history of the [Bankruptcy] Code shows the [the phrase] was intended to be given a practical, pragmatic construction*."  In re Fleming Co., Inc.*, 499 F.3d 300, 307 (3d Cir. 2007); *see also*, *In re Sanshoe Worldwide Corp.*, 139 B.R. 585, 592 (S.D.N.Y. 1992); *Richmond Leasing,* 762 F.2d at 1309-10.  What constitutes adequate assurance "must be determined by consideration of the facts of the proposed assumption."  *Id*.  Designed primarily to protect landlords, the primary determination of "adequate assurance" focuses on whether rent under an unexpired lease will be paid.  *See Sanshoe Worldwide Corp.*, 139 B.R. at 592.  It is also clear that "adequate assurances need not be given for every term of an executory contract."  *In re Fleming Co., Inc.*, 499 F.3d at 305.

**This Motion is Permitted Under Bankruptcy Rule 6006(e)**

18.     Bankruptcy Rule 6006(e) prohibits a debtor  from seeking authority to assume or assign multiple executory contracts or unexpired leases in one motion unless, among other circumstances, all executory contracts or unexpired leases to be assumed and assigned are assigned to the same assignee.

19.     Here, the Debtors are seeking to assume the Contracts and assign them to the same assignee – the Reinsdorf Related Entities.  As such, this "omnibus motion" to assume the Contracts is permitted under the plain language of Bankruptcy Rule 6006(e).

## CONCLUSION

*<u>As indicated above, this Motion is filed: (a) strictly to fulfill the Debtors' obligations under the Bid Procedures Order; (b) on behalf of the Reinsdorf Related Entities;  and (c) does</u>*

***not represent, nor should not be construed as, the Debtors' implicit support for the relief***

***requested in this Motion***.

        Dated:  July 30, 2009.

                          **SQUIRE, SANDERS & DEMPSEY L.L.P.**

                          By:    */s/ Thomas J. Salerno*
                              Thomas J. Salerno
                              Jordan A. Kroop
                              Kelly Singer
                        Two Renaissance Square
                        40 North Central Avenue, Suite 2700
                        Phoenix, Arizona 85004-4498
                        (602) 528-4000

                        Counsel to the Debtors-In-Possession

PHOENIX/495744.3

## **EXHIBIT A**

### The Contracts

Copies of each Contract are available on request

PHOENIX/495744.3

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 1. | NHL Agreements (as defined in the Agreement), other than the NHL Consent Agreement to which Coyotes Hockey, LLC is currently a party and the NHL Guaranty to which Coyotes Hockey, LLC is currently a party. | $0.00 |
| 2. | Partition and Sale Agreement, dated as of September 25, 2006, by and among Arizona Hockey Management, Inc., Arena Management Group, LLC, Arena Development, LLC, Center Ice Holdings, LLC, Coyote Center Development, LLC, Coyotes Hockey, LLC, Coyotes Holdings, LLC, E-Arena Holdings, LLC, Ellman Holdings, Inc., Glendale-101 Development, LLC, Jerry Moyes, Coyotes Holdings MemberCo, LLC, 101 Holdings, LLC, Steven M. Ellman, SUB Investments, LLC, Jerry and Vickie Moyes Family Trust, Westgate Investments, LLC and Westgate Signage, LLC. | Unknown |
| 3. | Amended and Restated Agreement in Respect of Parking and Mixed-Use Development Agreement, dated as of July 1, 2008, by and among Coyote Center Development, LLC, Glendale-101 Development, LLC, Arena Development, LLC, Westgate Investments, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC. | Unknown |
| 4. | Agreement for the Replacement of Temporary Parking, dated as of July 1, 2008, by and among City of Glendale, Coyote Center Development, LLC, Glendale Garage LLC, Coyotes Hockey, LLC and Arena Management Group, LLC. | Unknown |
| 5. | Declaration of Easements, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC. | Unknown |

---

[1]  Estimated Cure Payments are based on the Statements and Schedules filed with the Court and any Proofs of Claims filed with the Court.

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 6. | Master Declaration of Easements, Covenants, Conditions and Restrictions for Westgate, dated as of January 30, 2006, by Coyote Center Development, LLC and Entertainment Center Development, LLC, to the extent a Seller is a beneficiary thereof. | Unknown |
| 7. | Common Operation and Reciprocal Easement Agreement for the Entertainment District at Westgate, dated as of February 15, 2006, by Coyote Center Development, LLC and Entertainment Center Development, LLC, to the extent a Seller is a beneficiary thereof. | Unknown |
| 8. | Common Operation and Reciprocal Easement Agreement for the Village Retail District at Westgate, dated as of February 15, 2006, by Coyote Center Development, LLC, to the extent a Seller is a beneficiary thereof. | Unknown |
| 9. | Common Operation and Reciprocal Easement Agreement for the Destination Retail District, dated as of February 15, 2006, by Coyote Center Development, to the extent a Seller is a beneficiary thereof. | Unknown |
| 10. | Nondisturbance and Attornment Agreement, dated as of September 25, 2006, by and among Credit Suisse, Coyotes Hockey, LLC, Arena Management Group, LLC and Coyotes Holdings, LLC. | Unknown |
| 11. | Parking Replacement Agreement, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Coyotes Hockey, LLC and Arena Development Group, LLC. | Unknown |
| 12. | Revised and Restated Parking Use License and Easement Agreement, dated as of July 1, 2008, by and among Coyotes Hockey, LLC, Arena Management Group, LLC, Westgate Investments, LLC and Coyote Center Development, LLC. | Unknown |
| 13. | Reassignment and Assumption Agreement, dated as of September 25, 2006, by and between Coyote Center Development, LLC and Coyotes Hockey, LLC. | Unknown |

2

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 14. | Safety and Security Agreement, dated as of November 29, 2001, by and among City of Glendale, Arena Management Group, LLC and Coyotes Hockey, LLC. | Unknown |
| 15. | Consolidated Trailing Agreement, dated as of September 25, 2006, by and among Arena Development Group, LLC, Arizona Lacrosse, LLC, Coyote Center Development, LLC, Coyotes Hockey, LLC, Entertainment Center Developer, LLC, Steven M. Ellman and Westgate Investments, LLC, as amended by that certain First Amendment to Consolidated Trailing Agreement, dated as of July ___, 2008, by and among Arena Development Group, LLC, Arizona Lacrosse, LLC, Coyote Center Development, LLC, Coyotes Hockey, LLC, Entertainment Center Developer, LLC, Steven M. Ellman and Westgate Investments, LLC. | Unknown |
| 16. | Sponsorship and Marketing Cooperation Agreement, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Entertainment Center Development, LLC, Westgate Signage, LLC, Arena Management Group, LLC and Coyotes Hockey, LLC. | Unknown |
| 17. | Team Guaranty Undertaking and Indemnification Agreement, dated as of September 25, 2006, by Coyote Center Development, LLC, SUB Investments, LLC and Westgate Investments, LLC for the benefit of Coyotes Hockey, LLC. | Unknown |
| 18. | Agreement, dated as of August 29, 2002, by and among B&B Holdings, Inc. d/b/a Arizona Cardinals, Coyote Center Development, LLC, Arena Development, LLC, Glendale-101 Development, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC. | Unknown |
| 19. | Assignment and Assumption Agreement, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Arena Development, LLC, Glendale-101 Development, LLC and Coyotes Hockey, LLC. | Unknown |
| 20. | Naming Rights Agreement, dated as of October 20, 2006, by and between Coyotes Hockey, LLC and Jobing.com, LLC. | Unknown |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 21. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Jonas Ahnelov. | $0.00 |
| 22. | Standard Player Contract, commencing as of April 13, 2009, by and between Coyotes Hockey, LLC and Justin Bernhardt. | $0.00 |
| 23. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Mikkel Boedker. | $0.00 |
| 24. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Ilja Bryzgalov. | $0.00 |
| 25. | Standard Player Contract, commencing as of July 1, 2007, by and between Coyotes Hockey, LLC and Shane Doan. | $0.00 |
| 26. | Standard Player Contract, commencing as of July 14, 2008, by and between Coyotes Hockey, LLC and Todd Fedoruk. | $0.00 |
| 27. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Joel Gistedt. | $0.00 |
| 28. | Standard Player Contract, commencing as of July 10, 2008, by and between Coyotes Hockey, LLC and David Hale. | $0.00 |
| 29. | Standard Player Contract, commencing as of July 1, 2007, by and between Coyotes Hockey, LLC and Martin Hanzal. | $0.00 |
| 30. | Standard Player Contract, commencing as of July 16, 2008, by and between Coyotes Hockey, LLC and Matt Jones. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 31. | Standard Player Contract, commencing as of July 13, 2006, by and between Coyotes Hockey, LLC and Ed Jovanovski. | $0.00 |
| 32. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Chad Kolarik. | $0.00 |
| 33. | Standard Player Contract, commencing as of July 14, 2008, by and between Coyotes Hockey, LLC and Francis Lessard. | $0.00 |
| 34. | Standard Player Contract, commencing as of July 1, 2007, by and between Calgary Flames Limited Partnership, by its General Partner Calgary Flames, Inc., and Matthew Lombardi. | $0.00 |
| 35. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Brett MacLean. | $0.00 |
| 36. | Standard Player Contract, commencing as of July 1, 2009, by and between Coyotes Hockey, LLC and Jeff May. | $0.00 |
| 37. | Standard Player Contract, commencing as of August 1, 2006, by and between Coyotes Hockey, LLC and Zbynek Michalek. | $0.00 |
| 38. | Standard Player Contract, commencing as of July 23, 2008, by and between Coyotes Hockey, LLC and Al Montoya. | $0.00 |
| 39. | Standard Player Contract, commencing as of July 12, 2007, by and between Coyotes Hockey, LLC and Peter Mueller. | $0.00 |
| 40. | Standard Player Contract, commencing as of September 25, 2008, by and between Coyotes Hockey, LLC and Joel Perrault. | $0.00 |

5

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 41. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Kevin Porter. | $0.00 |
| 42. | Standard Player Contract, commencing as of July 1, 2008, by and between Calgary Flames Limited Partnership, by its General Partner Calgary Flames, Inc., and Brandon Prust. | $0.00 |
| 43. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Nick Ross. | $0.00 |
| 44. | Standard Player Contract, commencing as of July 22, 2008, by and between Coyotes Hockey, LLC and Kurt Sauer. | $0.00 |
| 45. | Standard Player Contract, commencing as of July 25, 2007, by and between Coyotes Hockey, LLC and David Schlemko. | $15,000.00 |
| 46. | Standard Player Contract, commencing as of July 1, 2008, by and between Coyotes Hockey, LLC and Viktor Tikhonov. | $0.00 |
| 47. | Standard Player Contract, commencing as of April 1, 2008, by and between Coyotes Hockey, LLC and Kyle Turris. | $0.00 |
| 48. | Standard Player Contract, commencing as of July 2, 2009, by and between Coyotes Hockey, LLC and Adrian Aucoin. | $0.00 |
| 49. | Standard Player Contract, commencing as of July 1, 2009, by and between Coyotes Hockey, LLC and Vernon Fiddler. | $0.00 |
| 50. | Standard Player Contract, commencing as of July 3, 2009, by and between Coyotes Hockey, LLC and Shaun Heshka. | $0.00 |

6

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 51. | Standard Player Contract, commencing as of July 1, 2009, by and between Coyotes Hockey, LLC and Jason LaBarbera. | $0.00 |
| 52. | Standard Player Contract, commencing as of July 1, 2009, by and between Coyotes Hockey, LLC and Sami Lepisto. | $0.00 |
| 53. | Standard Player Contract, commencing as of July 2, 2009, by and between Coyotes Hockey, LLC and Stefan Meyer. | $0.00 |
| 54. | Standard Player Contract, commencing as of July 11, 2008, by and between Calgary Flames Limited Partnership, by its General Partner Calgary Flames, Inc., and Jim Vandermeer. | $0.00 |
| 55. | Standard Player Contract, commencing as of July 15, 2009, by and between Coyotes Hockey, LLC and Lauri Korpikoski. | $0.00 |
| 56. | Standard Player Contract, commencing as of July 16, 2009, by and between Coyotes Hockey, LLC and David Spina. | $0.00 |
| 57. | Standard Player Contract, commencing as of July 16, 2009, by and between Coyotes Hockey, LLC and Sean Sullivan. | $0.00 |
| 58. | Standard Player Contract, commencing as of July 23, 2009, by and between Coyotes Hockey, LLC and Jeff Hoggan. | $0.00 |
| 59. | Standard Player Contract, commencing as of July 10, 2008, by and between Center Ice, L.L.C., d/b/a Tampa Bay Lightning Hockey Club, and Radim Vrbata. | $0.00 |
| 60. | Letter Agreement, dated as of December 11, 2008, by and between Coyotes Hockey, LLC and Mike Bahn. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 61. | Letter Agreement, dated as of August 7, 2008, by and between Coyotes Hockey, LLC and John Bernal. | $0.00 |
| 62. | Employment Agreement, dated as of February 29, 2008, by and between Coyotes Hockey, LLC and Michael Burke. | $0.00 |
| 63. | Employment Agreement, dated as of August 23, 2007, by and between Coyotes Hockey, LLC and Ray Edwards. | $0.00 |
| 64. | Letter Agreement, dated as of June 30, 2008, by and between Coyotes Hockey, LLC and Frank Effinger. | $0.00 |
| 65. | Letter Agreement, dated as of August 11, 2008, by and between Coyotes Hockey, LLC and Mike Ermatinger. | $0.00 |
| 66. | Letter Agreement, dated as of June 27, 2008, by and between Coyotes Hockey, LLC and Keith Gretzky. | $0.00 |
| 67. | Employment Agreement, dated as of August 1, 2007, by and between Coyotes Hockey, LLC and Greg Ireland. | $0.00 |
| 68. | Letter Agreement, dated as of June 13, 2008, by and between Coyotes Hockey, LLC and John Krouse. | $0.00 |
| 69. | Letter Agreement, dated as of June 27, 2008, by and between Coyotes Hockey, LLC and Steven Lyons. | $0.00 |
| 70. | Letter Agreement, dated as of September 17, 2008, by and between Coyotes Hockey, LLC and Derek MacKinnon. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 71. | Employment Agreement, dated as of May 29, 2007, by and between Coyotes Hockey, LLC and Don Maloney. | $0.00 |
| 72. | Letter Agreement, dated as of July 27, 2007, by and between Coyotes Hockey, LLC and Rob Murphy. | $0.00 |
| 73. | Letter Agreement, dated as of April 9, 2008, by and between Coyotes Hockey, LLC and Jukka Nieminen. | $0.00 |
| 74. | Letter Agreement, dated as of July 15, 2008, by and between Coyotes Hockey, LLC and Barclay Parneta. | $0.00 |
| 75. | Letter Agreement, dated as of July 17, 2008, by and between Coyotes Hockey, LLC and Gord Pell. | $0.00 |
| 76. | Letter Agreement, dated as of June 26, 2008, by and between Coyotes Hockey, LLC and Steve Peters. | $0.00 |
| 77. | Letter Agreement, dated as of December 11, 2008, by and between Coyotes Hockey, LLC and Jason Rudee. | $0.00 |
| 78. | Letter Agreement, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and Ulf Samuelsson. | $0.00 |
| 79. | Letter Agreement, dated as of July 21, 2008, by and between Coyotes Hockey, LLC and Jason Serbus. | $0.00 |
| 80. | Letter Agreement, dated as of December 11, 2008, by and between Coyotes Hockey, LLC and Tony Silva. | $0.00 |
| 81. | Letter Agreement, dated as of July 9, 2008, by and between Coyotes Hockey, LLC and Doug Sulliman. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 82. | Employment Agreement, dated as of August 6, 2007, by and between Coyotes Hockey, LLC and Brad Treliving. | $0.00 |
| 83. | Letter Agreement, dated as of December 11, 2008, by and between Coyotes Hockey, LLC and Stan Wilson. | $0.00 |
| 84. | Independent Contractor Agreement, dated as of August 5, 2008, by and between Coyotes Hockey, LLC and Route2 OY, Finnish Corporate # Y-1964741-0, hereby represented by Mr. Christian Ruuttu. | $0.00 |
| 85. | Letter Agreement, dated as of March 24, 2009, by and between Coyotes Hockey, LLC and Atomic Pest Control, LLC. | $175.00 |
| 86. | Sponsorship Agreement, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and AT&T Operations, Inc. | $0.00 |
| 87. | Sponsorship Letter Agreement, dated as of July 3, 2007, by and between Coyotes Hockey, LLC and Benson Security Systems, Inc., as amended by that certain First Amendment to Sponsorship Letter Agreement, dated as of April 9, 2009, by and between Coyotes Hockey, LLC and Benson Security Systems Inc. | $6,750.00 |
| 88. | Amended and Restated Letter Agreement, dated as of August 25, 2008, by and between Coyotes Hockey, LLC and Sharp Electronics Corporation. | $6,759.00 |
| 89. | Agreement for Sponsorship and Promotion, dated as of December 6, 2007, by and between Coyotes Hockey, LLC and Valley Toyota Dealer Association, Inc. | $0.00 |
| 90. | Letter Agreement, dated as of November 8, 2007, by and between Coyotes Hockey, LLC and Comerica Bank. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 91. | Letter Agreement, dated as of November 21, 2007, by and between Coyotes Hockey, LLC and Danny's Family Companies, LLC. | $0.00 |
| 92. | Letter Agreement, dated as of December 7, 2006, by and between Coyotes Hockey, LLC and Delta Dental of Arizona. | $0.00 |
| 93. | Agreement for Sponsorship and Promotion, dated as of August 15, 2003, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union, as amended by that certain First Amendment to Agreement for Sponsorship and Promotion, dated as of August 10, 2005, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union, as further amended by that certain Second Amendment to Agreement for Sponsorship and Promotion, dated as of September __, 2006, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union, as further amended by that certain Third Amendment to Agreement for Sponsorship and Promotion, dated as of December 7, 2007, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union. | $0.00 |
| 94. | Letter Agreement, dated as of October 5, 2007, by and between Coyotes Hockey, LLC and Diamond Resorts International, LLC. | $0.00 |
| 95. | Letter Agreement, dated as of June 29, 2007, by and between Coyotes Hockey, LLC and Galardi Group Franchise & Leasing, LLC. | $0.00 |
| 96. | Letter Agreement, dated as of March 20, 2007, by and between Coyotes Hockey, LLC and Gila River Gaming Enterprises, Inc. | $0.00 |
| 97. | Letter Agreement, dated as of August 19, 2008, by and between Coyotes Hockey, LLC and Government Employees Insurance Company. | $0.00 |
| 98. | Letter Agreement, dated as of October 23, 2006, by and between Coyotes Hockey, LLC and Heritage Graphics, Inc. | $81,157.04 |

11

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 99. | Letter Agreement, dated as of July 15, 2008, by and between Coyotes Hockey, LLC and Ride Now Management, LLC. | $0.00 |
| 100. | Letter Agreement, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and Salt River Project Agricultural Improvement and Power District. | $0.00 |
| 101. | Letter Agreement, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and Vemma Nutrition Company. | $0.00 |
| 102. | Letter Agreement, dated as of October 23, 2008, by and between Coyotes Hockey, LLC and Waste Management of Arizona, Inc. | $3,648.57 |
| 103. | Sponsorship Agreement, dated as of July 1, 2007, by and between Coyotes Hockey, LLC and Bottling Group, LLC d/b/a The Pepsi Bottling Group. | $0.00 |
| 104. | Agreement for Sponsorship and Promotion, dated as of July 15, 2008, by and between Coyotes Hockey, LLC and Southwest Water Conditioning, Inc. d/b/a Culligan. | $0.00 |
| 105. | Letter Agreement, dated as of November 15, 2008, by and between Peoria Polar, LLC, Chandler Polar, LLC and Gilbert Polar, LLC and Coyotes Hockey, LLC. | $0.00 |
| 106. | Agreement for Sponsorship and Promotion, dated as of November 13, 2007, by and between Cigna Corporation and Coyotes Hockey, LLC. | $0.00 |
| 107. | Letter Agreement, dated as of August 10, 2007, by and between CMG Enterprises, Inc. and Coyotes Hockey, LLC. | $0.00 |
| 108. | Letter Agreement, dated as of February 24, 2009, by and between Dreyer's Grand Ice Cream, Inc. and Coyotes Hockey, LLC. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 109. | Letter Agreement, dated as of December 6, 2006, by and between Oggi's Pizza & Brewing Co. and Coyotes Hockey, LLC. | $0.00 |
| 110. | Letter Agreement, dated as of August 6, 2008, by and between Classic Foods, Inc. and Coyotes Hockey, LLC. | $0.00 |
| 111. | Letter Agreement, dated as of November 19, 2007, by and between Unifirst Corporation and Coyotes Hockey, LLC. | $0.00 |
| 112. | Draft Amended and Restated Agreement for Sponsorship and Promotion, dated December ___, 2008, by and between Coyotes Hockey, LLC and Heineken USA, Inc. d/b/a Heineken. | $0.00 |
| 113. | Amended and Restated Suite License Agreement, dated as of July 6, 2006, by and between Coyotes Hockey, LLC and Don Sanderson Ford, Inc. | $0.00 |
| 114. | Amended and Restated Suite License Agreement, dated as of February 19, 2007, by and between Coyotes Hockey, LLC and Selectbuild Arizona, LLC. | $0.00[2] |
| 115. | Agreement, dated as of March 20, 2003, by and between Coyotes Hockey, LLC and Kabuto Arizona Properties, L.L.C. | $0.00 |
| 116. | Suite License Agreement, dated as of November 1, 2004, by and between Coyotes Hockey, LLC and CB Richard Ellis, Inc. | $0.00 |
| 117. | Suite License Agreement, dated as of January 18, 2006, by and between Coyotes Hockey, LLC and Arena Partners, LLC. | $0.00 |

---

[2]    Selectbuild Arizona, LLC has filed its own Chapter 11 bankruptcy (Case No. 09-12084) in Delaware and has sought to reject this agreement. The motion to reject is currently pending.

Case 2:09-bk-09488-RTB    Doc 508    Filed 07/30/09    Entered 07/30/09 15:06:41    Desc
Main Document    Page 23 of 32

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 118. | Suite License Agreement, dated as of September 22, 2006, by and between Coyotes Hockey, LLC and B&B Holdings, Inc. | $0.00 |
| 119. | Suite License Agreement, dated as of August 15, 2003, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union. | $0.00 |
| 120. | Suite License Agreement, dated as of June 3, 2008, by and between Coyotes Hockey, LLC and Honeywell International, Inc. | $0.00 |
| 121. | Suite License Agreement, dated as of November 2, 2007, by and between Coyotes Hockey, LLC and Inhouse Assist, LLC. | $0.00 |
| 122. | Suite License Agreement, dated as of October 20, 2006, by and between Coyotes Hockey, LLC and Jobing.com, LLC. | $0.00 |
| 123. | Amended and Restated Suite License Agreement, dated as of July 10, 2008, by and between Coyotes Hockey, LLC and Kiewit Western Co. | $0.00 |
| 124. | Suite License Agreement, dated as of January 8, 2009, by and between Coyotes Hockey, LLC and Jerry Dailey. | $0.00 |
| 125. | Suite License Agreement, dated as of June 13, 2008, by and between Coyotes Hockey, LLC and Perini Building Company, LLC. | $0.00 |
| 126. | Suite License Agreement, dated as of September 12, 2005, by and between Coyotes Hockey, LLC and Phelps Dodge Corporation. | $0.00 |
| 127. | Suite License Agreement, dated as of August 7, 2006, by and between Coyotes Hockey, LLC and VHS Acquisition Subsidiary No. 8, Inc. d/b/a Abrazo Region Services. | $0.00 |

PHOENIX/495812.2

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 128. | Suite License Agreement, dated as of November ___, 2006, by and between Coyotes Hockey, LLC and WDG Enterprises, Inc. | $0.00 |
| 129. | Suite License Agreement, dated as of October 5, 2007, by and between Coyotes Hockey, LLC and Evans Overhead Door, LLC. | $0.00 |
| 130. | Suite License Agreement, dated as of May 12, 2008, by and between Coyotes Hockey, LLC and Bottling Group, LLC d/b/a The Pepsi Bottling Group. | $0.00 |
| 131. | Suite License Agreement, dated as of September 26, 2008, by and between Coyotes Hockey, LLC and Lawns by Les, LLC. | $0.00 |
| 132. | Suite License Agreement, dated as of October 23, 2008, by and between Coyotes Hockey, LLC and Waste Management of Arizona, Inc. | $0.00[3] |
| 133. | Suite License Agreement, dated as of August 1, 2006, by and between Coyotes Hockey, LLC and Adolfson & Peterson, Inc. | $0.00 |
| 134. | Suite License Agreement, dated as of May 15, 2008, by and between Coyotes Hockey, LLC and Clareity Ventures, Inc. | $0.00 |
| 135. | Suite License Agreement, dated as of April 26, 2006, by and between Coyotes Hockey, LLC and Lerner & Rowe, P.C. | $0.00 |
| 136. | Suite License Agreement, dated as of August 1, 2008, by and between Coyotes Hockey, LLC and Avnet, Inc. | $0.00 |
| 137. | Suite License Agreement, dated as of October 5, 2007, by and between Coyotes Hockey, LLC and Wells Fargo Bank, National Association. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 138. | Suite License Agreement, dated as of August 29, 2007, by and between Coyotes Hockey, LLC and Shane Doan. | $0.00 |
| 139. | Suite License Agreement, dated as of September 23, 2008, by and between Coyotes Hockey, LLC and Ed Jovanovski. | $0.00 |
| 140. | Suite License Agreement, dated as of November 30, 2008, by and between Coyotes Hockey, LLC and Godaddy.com, Inc. | $0.00 |
| 141. | Suite License Agreement, dated as of July 17, 2006, by and between Coyotes Hockey, LLC and The Silverleaf Club, LLC. | $0.00 |
| 142. | Suite License Agreement, dated as of July 1, 2003, by and between Coyotes Hockey, LLC and Pleiades Real Estate Investments, LLC. | $0.00 |
| 143. | Amended and Restated Suite License Agreement, dated as of July 12, 2006, by and between Coyotes Hockey, LLC and Parris & Parris, PLC. | $0.00 |
| 144. | Suite License Agreement, dated as of November 25, 2008, by and between Coyotes Hockey, LLC and 4 Horsemen Transportation Inc. | $0.00 |
| 145. | Suite License Agreement, dated as of February 1, 2008, by and between Coyotes Hockey, LLC and Positive Impact Investments, LLC. | $0.00 |
| 146. | Suite License Agreement, dated as of September 19, 2008, by and between Coyotes Hockey, LLC and Derek Morris. | $0.00 |
| 147. | Loge Suite License Agreement, dated as of September 20, 2007, by and between Coyotes Hockey, LLC and LandCorp Property Maintenance, Inc. | $43,372.43 |

4  See Contract #149 for applicable estimated cure amount.

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 148. | Affiliation Agreement, dated as of August 1, 2007, by and between Coyotes Hockey, LLC and San Antonio Hockey, LLC, as amended by that certain Amendment to Affiliation Agreement between Coyotes Hockey, L.L.C. and San Antonio Hockey, L.L.C., entered into on June 24, 2008. | $0.00 |
| 149. | Service Agreement, dated as of June 8, 2007, by and between Arena Management Group, LLC and Climatec Building Technology Group. | $25,026.00 |
| 150. | Fire Alarm Test & Inspect Proposal, dated as of August 15, 2007, by and between Arena Management Group, LLC and Climatec Building Technology Group. | $0.00[4] |
| 151. | Services Agreement, dated as of July 1, 2009, by and between Arena Management Group, LLC and Daktronics, Inc. | $0.00 |
| 152. | Water Services Agreement, dated as of April 1, 2009, by and between Arena Management Group, LLC and International Chemtex Corporation. | $5,647.22 |
| 153. | Maintenance Agreement, dated as of November 15, 2005, by and between Arena Management Group, LLC and Kone Inc. | $13,353.99 |
| 154. | Agreement for Services, dated as of September 1, 2007, by and between Arena Management Group, LLC and LandCorp Property Maintenance, Inc. | $0.00 |
| 155. | Master Lease Agreement, dated as of August 26, 2008, by and between Coyotes Hockey, LLC and Lease Group Resources, Inc. | $34,512.29 |
| 156. | Bid Package, dated as of September 23, 2008, by and between Arena Management Group, LLC and Lawns by Les, LLC. | $0.00 |

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 157. | Stagehand Services Agreement, dated as of June ___, 2006, by and between NRG Services Southwest, Inc. and Arena Management Group, LLC, as amended by that certain Amendment to Stagehand Services Agreement, dated as of August 1, 2008, by and between Arena Management Group, LLC and NRG Services Southwest, Inc. | $93,619.54 |
| 158. | Event License Agreement, dated as of September 25, 2008, by and between Arena Management Group, LLC and Cirque du Soleil America, Inc. | $376,451.25 |
| 159. | Event License Agreement, dated as of December 23, 2008, by and between Arena Management Group, LLC and Premier Marketing, Inc. (Sean Hannity) | $79,033.00 |
| 160. | Event License Agreement, dated as of April 16, 2009, by and between Arena Management Group, LLC and Live Nation Worldwide, Inc. (Jonas Brothers & Nickelback) | $867,741.50 |
| 161. | Event License Agreement, dated as of June 4, 2009, by and between Arena Management Group, LLC and AEG Live Promotions, LLC. (Miley Cyrus) | $0.00 |
| 162. | Event License Agreement, dated as of June 4, 2009, by and between Arena Management Group, LLC and AEG Live Promotions, LLC. (Pink) | $0.00[5] |
| 163. | Event License Agreement, dated as of June 4, 2009, by and between Arena Management Group, LLC and AEG Live Promotions, LLC. (Wisin Y Yandel) | $0.00[6] |
| 164. | Rental Agreement, dated as of March 23, 2009, by and between Arena Management Group, LLC and Knights of Columbus, Inc. | $35,000.00 |
| 165. | Staffing Services Agreement, dated as of March 17, 2008, by and between Arena Management Group, LLC and Truly Every Assignment Matters. | $6,876.36 |

5

See Contract #161 for applicable estimated cure amount.

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 166. | Value Lease Agreement, dated as of January 19, 2007, by and between Coyotes Hockey, LLC and BSA Business Solutions, Inc. (f/k/a Ricoh Americas Corp. – Arizona). | $22,067.80 |
| 167. | Value Lease Agreement, dated as of _____, by and between Coyotes Hockey, LLC and BSA Business Solutions, Inc. (f/k/a Ricoh Americas Corp. – Arizona). | $0.00[6] |
| 168. | Licensed User Agreement, dated as of July 9, 2002, by and among Ticketmaster, L.L.C., Coyotes Hockey, LLC and Arena Management Group, LLC, as amended by that certain Amendment to Licensed User Agreement, dated as of July 1, 2008, by and among Ticketmaster L.L.C., Coyotes Hockey, LLC and Arena Management Group, LLC, as further amended by that certain Letter, dated July 13, 2009, by and among Ticketmaster, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC. | $3,793.43 |
| 169. | Clear Channel and Glendale Arena (n/k/a Jobing.com Arena) Term Sheet, dated as of October 17, 2003, by and between Live Nation (as successor to Clear Channel Communications Inc.) and Arena Management Group, LLC. | $0.00[7] |
| 170. | Radio Agreement, dated as of June 9, 2008, by and between Capstar Radio Operating Company and Coyotes Hockey, LLC. | $0.00 |

6  See Contract #166 for applicable estimated cure amount.
7  See Contract #160 for Live Nation estimated cure amount.

# Schedule 2.12

## Modified Contracts

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 1. | Arena Management, Use and Lease Agreement, dated as of November 29, 2001, by and among City of Glendale, Arena Management Group, LLC, Coyotes Hockey, LLC, Glendale-101 Development, LLC and Coyote Center Development, LLC. | $2,363,183.73 |
| 2. | Agreement Regarding Renewal and Replacement Schedule, dated as of November 29, 2001, by and among City of Glendale, Coyotes Hockey, LLC and Arena Management Group, LLC. | $0.00[2] |
| 3. | Catering and Concession Agreement, dated as of July 24, 2003, by and among Aramark Sports and Entertainment Services, Inc., Coyotes Hockey, LLC, Arena Management Group, LLC and Arena Development, LLC. | $278,124.10 |
| 4. | Venue Support Service Agreement, dated as of February ___, 2008, by and between AEG Facilities, Inc. and Arena Management Group, LLC. | $352,545.81 |
| 5. | Letter Agreement, dated as of October 1, 2008, by and between Fox Sports Net Arizona, LLC and Coyotes Hockey Club, LLC [sic] (over-the-air television) and Letter Agreement, dated as of April 22, 1999, by and between Fox Sports Net Arizona, LLC and Coyotes Hockey, LLC, as amended by that certain Amendment to Letter of Agreement, dated as of May 23, 2003, by and between Fox Sports Net Arizona, LLC and Coyotes Hockey, LLC (pay television). | $319,938.75 |

---

[1] Estimated Cure Payments are based on the Statements and Schedules filed with the Court and any Proofs of Claims filed with the Court.

[2] See Contract #1 for applicable estimated cure amount.

PHOENIX/495824.2

| | | Description | Estimated Cure Amount[1] |
|---|---|---|---|
| 6. | | Secured Credit Agreement, dated as of February 24, 2009, by and between Coyotes Hockey, LLC and the National Hockey League, and all other agreements related thereto, including: | $36,933,002.57 |
| | a. | Intercreditor Agreement, dated as of February 24, 2009, by and among SOF Investments, L.P., White Tip Investments, LLC, Donatello Investments, LLC and the National Hockey League. | |
| | b. | Pledge Agreement, dated as of February 24, 2009, by and between Coyotes Hockey, LLC and the National Hockey League. | |
| | c. | Security Agreement, dated as of February 24, 2009, by and between Coyotes Hockey, LLC and the National Hockey League. | |
| | d. | Trademark Security Agreement, dated as of February 24, 2009, by and between Coyotes Hockey, LLC and the National Hockey League. | |
| | e. | Assignment of Leases and Rents, dated as of February 24, 2009, from Coyotes Hockey, LLC to the National Hockey League. | |
| | f. | Leasehold Deed of Trust, dated as of February 24, 2009, by Coyotes Hockey, LLC to Stewart Title & Trust of Phoenix, Inc. for the benefit of the National Hockey League. | |
| | g. | Subordination Agreement, dated as of February 24, 2009, by and among Coyotes Hockey, LLC, SOF Investments, L.P., White Tip Investments, LLC and Donatello Investments, LLC in favor of the National Hockey League. | |
| | h. | Amended and Restated Restricted Account and Securities Account Control Agreement, dated as of March 11, 2009, by and among Coyotes Hockey, LLC, the National Hockey League, SOF Investments, L.P. and Wells Fargo, National Association. | |

2

| | Description | Estimated Cure Amount[1] |
|---|---|---|
| 7. | Credit Agreement, dated as of December 31, 2003, by and between Coyotes Hockey, LLC, and SOF Investments, L.P., as amended, and all agreements related thereto, including: | $79,709,361.20 |
| | a. Pledge Agreement, dated as of December 31, 2003, by and between Coyotes Hockey, LLC and SOF Investments, L.P. | |
| | b. Security Agreement, dated as of December 31, 2003, by and between Coyotes Hockey, LLC and SOF Investments, L.P. | |
| | c. Trademark Security Agreement, dated as of December 31, 2003, by and between Coyotes Hockey, LLC and SOF Investments, L.P. | |
| | d. COA Account Control Agreement, dated as of December 31, 2003, by and among Coyotes Hockey, LLC, SOF Investments, L.P. and Wells Fargo Bank, N.A. | |
| | e. Leasehold Deed of Trust by, dated as of December 31, 2003, by and among Coyotes Hockey, LLC, First American Title Insurance Company and SOF Investments, L.P. | |
| 8. | Letter Agreement, dated November 21, 2008, by and among the NHL, Coyotes Hockey, LLC, Coyotes Holdings, LLC, Coyotes Holdings MemberCo, LLC, Arena Management Group, LLC, Jerry Moyes, Vickie Moyes and the Jerry and Vickie Moyes Family Trust, as amended by a letter agreement dated January 8, 2009, and all agreements related thereto. | Unknown |
| 9. | All agreements related to the debtor-in-possession financing provided by the NHL. | $13,100,000.00[3] |

[3] As of July 31, 2009.